IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE WADE COWELL**                                                                                **PLAINTIFF**

v.                                   Case No. 4:22-cv-00658-LPR

**DOES,** *Officers, Tucker Unit,*
*Arkansas Department of Correction*, et al.                                     **DEFENDANTS**

**ORDER**

On October 3, 2023, the Court issued an Order giving Mr. Cowell 30 days to provide a valid service address for Defendant Ramey.[1]  Mr. Cowell was warned that the failure to do so would result in the dismissal of his claims against Defendant Ramey.[2]  Mr. Cowell has not complied with, or otherwise responded to, the Court's October 3 Order, and the time to do so has expired.  Accordingly, Mr. Cowell's claims against Defendant Ramey are DISMISSED without prejudice.

Additionally, by Order issued on June 16, 2023, the Court noticed Mr. Cowell of Defendant Caudell's death and gave him 90 days to substitute a party.[3]  Mr. Cowell was warned that the failure to file a motion for substitution would result in the dismissal of his claims against Defendant Caudell.[4]  No motion for substitution has been filed, and the time to do so has expired.  Accordingly, Mr. Cowell's claims against Defendant Caudell are also DISMISSED without prejudice.

---

[1] Order (Doc. 46).

[2] *Id.*

[3] Order (Doc. 43).

[4] *Id*.  *See* Fed. R. Civ. P. 25(a)(1) ("A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.").

1

The Clerk is directed to terminate Defendant Ramey, Defendant Caudell, and the Doe Defendants on the docket sheet.[5]  The remaining Defendants (Warden Budnik, Deputy Warden Griffen, and Lieutenant Hadley) have been served.  A scheduling order will issue.

IT IS SO ORDERED this 18th day of December 2023.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[5] In a previous Order, the Court acknowledged that Mr. Cowell had identified the Doe Defendants as Sergeant J. Caudell, K-9 Sergeant D. Ramey, Warden Budnick, and Deputy Warden Major Griffen.  *See* Order (Doc. 22).