# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSIE WADE COWELL**                                                                                          **PLAINTIFF**

v.                                            Case No. 4:22-cv-00658-LPR

**DOES, et al.**                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) the individual-capacity excessive force claim against Shyrome Hadley is dismissed with prejudice on qualified immunity grounds; and (2) all other claims are dismissed without prejudice.

IT IS SO ADJUDGED this 15th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE